**No. 11-6282. Okang Kareen Rochelle, Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 438, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7165.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 275.

**No. 11-6286. Hector Ramirez, Jr., Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 438, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7157.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 450.

**No. 11-6287. Anthony Bernard Sanders, Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 439, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7168.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6289. Allan Mugan, Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 439, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7205,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6294. Julian Olguin, Jr., Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 439, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7204.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 643 F.3d 384.

**No. 11-6295. Heriberto Navarrete-Jimenez, aka Erik Navarete-Jiminez, Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 439, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7153.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 437 Fed. Appx. 595.

**No. 11-6298. Carlos Marquez, Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 439, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7233.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 317.

**No. 11-6300. Steve Loren Scott, Petitioner v. United States.**

565 U.S. 958, 132 S. Ct. 440, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7227.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 642 F.3d 791.